JAP:PJB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                    C O M P L A I N T

    - against -                              (21 U.S.C. §§ 952(a) and 960)

RONNY CAPPELLAN,                            17-M-352

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

        EDWARD GONZALEZ, being duly sworn, deposes and states that he is a

Special Agent with the United States Department of Homeland Security, Homeland Security

Investigations ("HSI"), duly appointed according to law and acting as such.

        Upon information and belief, on or about April 21, 2017, within the Eastern

District of New York and elsewhere, the defendant RONNY CAPELLAN did knowingly,

intentionally and unlawfully import into the United States from a place outside thereof a

substance containing cocaine, a Schedule II controlled substance.

        (Title 21, United States Code, Sections 952(a) and 960).

        The source of your deponent's information and belief are as follows:[1]

        1.    On or about April 21, 2017, the defendant RONNY CAPELLAN

arrived at John F. Kennedy Airport ("JFK") in Queens, New York, aboard Delta Flight No.

947 from Santo Domingo, Dominican Republic.

---

[1]    Because the purpose of this Complaint is to state only probable cause to arrest, I have
not described all the relevant facts and circumstances of which I am aware.

2.      Upon his arrival at JFK, the defendant RONNY CAPPELAN was selected for an enforcement examination by United States Customs and Border Protection ("CBP") officers.  RONNY CAPPELLON was escorted to a baggage exam area for an exam. During the examination of the baggage, the defendant appeared nervous.  The officers also observed a bulge under the defendant's clothes.

3.      RONNY CAPELLAN was then transported to a private search room located in John F. Kennedy International Airport.  The officers conducted a pat-down search of the defendant's person and felt hard bulges in the defendant's leg area.  The officers asked the defendant to lower his pants and discovered (underneath spandex pants) clear plastic packages held to the defendant's body by the spandex pants.

4.      A further probe of one package revealed a white powdery substance, which field-tested positive for cocaine.  A total of 2329.7 grams of cocaine were seized.

2

WHEREFORE, your deponent respectfully requests that the defendant RONNY

CAPELLAN be dealt with according to law.

EDWARD GONZALEZ
Special Agent
United States Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
21st day of April, 2017

THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

3